IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CANAL INSURANCE COMPANY,

    Plaintiff,

v.

CAROLE A. STAHL, KOELLEN TRUCKING, LLC and
MARK L. VAN BEEM,

    Defendants,

and

UNITED LIQUID WASTE RECYCLING, INC.,

    Intervening Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-312-slc

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants Carole A. Stahl, Koellen Trucking, LLC, Mark L. Van Beem and United Liquid Waste Recycling, Inc., granting their motion for summary judgment. Under Wisconsin law, plaintiff Canal Insurance Company must offer separate, full liability limits to each insured found actively negligent in the Iowa lawsuit.

Approved as to form this 21st day of January, 2011.

_____
Stephen L. Crocker
Magistrate Judge

_____    1/24/11
Peter Oppeneer, Clerk of Court        Date